UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

Eastern District of Kentucky
FILED
FEB 13 2025
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                  INDICTMENT NO. 25-12-DLB-CJS
                                    18 U.S.C. § 922(g)(5)

JOSE ALBERTO ESCOBAR-ALVARENGA

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about December 30, 2024, in Gallatin County, in the Eastern District of Kentucky,

**JOSE ALBERTO ESCOBAR-ALVARENGA,**

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess ammunition, that is 9mm ammunition, said ammunition having been shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(5).

**FORFEITURE ALLEGATION**
18 U.S.C. § 924(d)
28 U.S.C. § 2461

1.  By virtue of the commission of the offense alleged in the Indictment, **JOSE ALBERTO ESCOBAR-ALVARENGA** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **JOSE ALBERTO ESCOBAR-ALVARENGA** has in this property is vested in and forfeited to the United States

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

a. Polymer 80 9mm pistol with aftermarket parts; and

b. All associated ammunition.

A TRUE BILL

███████████████

FOREPERSON

*[signature]*

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## **PENALTIES**

Imprisonment for not more than 15 years, fine of not more than $250,000, and supervised release for not more than 3 years.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.